IN THE U.S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BEVERLY ANN BLACK                                              PLAINTIFF

VS.                          CASE NO. 05-CV-2050

LIBERTY LIFE ASSURANCE CO.                          DEFENDANT
OF BOSTON a/k/a Liberty Assurance Co.

### ORDER OF DISMISSAL

NOW on this ____ day of October, 2005, the plaintiff and defendant request that this matter be dismissed with prejudice. From the announcements and stipulations of the parties and from all the evidence before the Court, the Court finds that this matter should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

c: J. Gregory Magness
    Daniel Harrington
    David Gean

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 12 2005
CHRIS R. JOHNSON, CLERK